UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

          Plaintiff,

v.

DEENA GEPHARDT et al.,

          Defendants.

Case No.  C07-5259RJB

REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT AND GIVE DEFENDANTS TWO WEEKS TO FILE AN ANSWER

**NOTED FOR:**

**DECEMBER 7, 2007**

    This Bivens action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion /notice of default (Dkt. # 23).  Defendants, through counsel, electronically filed an answer and counter claim in this action on November 9, 2007.  The document filed bears another case number and case caption, 06-CV-5675, <u>Marks v Albin</u>, (Dkt. # 24).  The filing of this pleading indicates to the court an intention to answer, however, it appears the wrong answer may have been filed.

DISCUSSION

    Defendants may be technically in default at this time, however, the filing of an answer on November

ORDER
Page - 1

9, 2007, is an attempt to cure the default. Default judgments are disfavored by the law and cases should be decided on their merits except in extreme cases. <u>Mendoza v. Wight Vineyard Management</u>, 783 F.2d 941, 945-46 (9th Cir. 1986). Although the answer in this case is late, defendants should be given an opportunity to cure the default. The motion for default should be **DENIED**. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **December 7, 2007**, as noted in the caption.

DATED this 15 day of November, 2007.

<u>/S/ *J. Kelley Arnold*</u>
J. Kelley Arnold
United States Magistrate Judge