UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEENA GEPHARDT *et al.*,<br><br>    Defendants. | Case No.  C07-5259RJB<br><br>ORDER |

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed one document since entry of the last order (Dkt. # 37). Dkt. # 37 is a response to a motion t dismiss. Dkt. # 37 is now UNSEALED.

    The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants.

    DATED this 19 day of December, 2007.

                                          /S/ *J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate