UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>v.<br><br>DEENA GEPHARDT *et al.*,<br><br>    Defendants. | Case No.  C07-5259RJB<br><br>ORDER UNSEALING TWO DOCUMENTS AND LEAVING A THIRD DOCUMENT SEALED |

This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed three document since entry of the last order (Dkt. # 53, 54, and 55).  Dkt. # 53 contains objections to a prior court order.  Dkt. # 53 is now **UNSEALED**.

Dkt. # 54 contains a discussion by Mr. Marks of the facts and conduct that lead to sanctions being entered against him.  This document is intended for the district court judge.  In discussing the conduct that lead to sanctions Mr. Marks describes his conduct without giving details.  The court is concerned that even this general description of his conduct poses concerns.  **DKT # 54 WILL REMAIN SEALED**.  This does not prevent the court from reviewing the filing.

Dkt. # 55 is a motion to voluntarily dismiss this action.  Dkt. # 55 is now **UNSEALED.**

ORDER
Page - 1

1 | The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants.

2

3 | DATED this 11 day of March, 2008.

4

5 | <u>/S/ *J. Kelley Arnold*</u>
6 | J. Kelley Arnold
United States Magistrate

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2