UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEENA GEPHARDT *et al.*,<br><br>　　　　Defendants. | Case No. C07-5259RJB/JKA<br><br>REPORT AND RECOMMENDATION<br><br>**NOTED FOR:**<br>**April 4, 2008** |

　　This 42 U.S.C. § 1983/Bivens action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Plaintiff has filed a motion asking the court to dismiss this action against all defendants (Dkt # 55). Normally this would be a dismissal under Fed. R. Civ. P. 41 (a)(1), however, in this case there was a counter claim and defendants have filed an answer. Thus, the court must consider this dismissal under Fe. R. Civ. P. 41 (a)(2).

DISCUSSION

　　The counter claim in this action has been dismissed and presents no impediment to dismissal. Fed. R. Civ. P. 41 (a) (2) allows a court to dismiss an action on terms and conditions the court

REPORT AND RECOMMENDATION- 1

deems proper.  Here, plaintiff indicates he does not want to proceed against the defendants and in particular, he does not want to proceed against defendant Farabaugh.  Plaintiff indicates Dr. Farabaugh has been trying to properly treat him and plaintiff's conditions have improved.  This includes his skin condition and diet.

This action proceeded for nearly nine months.  The parties have both filed a number of motions including motions to dismiss and counterclaims.  The court does not believe terms or conditions are warranted except that the action should not be subject to re-filing.  Thus, the dismissal should be **WITH PREJUDICE**.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **April 4, 2008**, as noted in the caption.

DATED this 11 day of March, 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate

REPORT AND RECOMMENDATION- 2